```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

       -v.-                        :    07 Cr.

CARLOS NUNEZ SANCHEZ,              :
     a/k/a "Jose Ramon Caraballo,"
                                   :
              Defendant.
                                   :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 19 2007

07CRIM1203

## COUNT ONE

The Grand Jury charges:

1.  On or about March 1, 2004, in the Southern District of New York and elsewhere, CARLOS NUNEZ SANCHEZ, a/k/a "Jose Ramon Caraballo," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, SANCHEZ submitted an application for a United States passport in which he falsely represented that his name is "Jose Ramon Caraballo," that he was born in Puerto Rico, that he was born on August 6, 1973, and that he has a social security number ending in -6652.

(Title 18, United States Code, Section 1542.)

## COUNT TWO

The Grand Jury further charges:

2.  On or about June 6, 2007, in the Southern District of New York and elsewhere, CARLOS NUNEZ SANCHEZ, a/k/a

"Jose Ramon Caraballo," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, SANCHEZ submitted an application for a United States passport in which he falsely represented that his name is "Jose Ramon Caraballo," that he was born in Puerto Rico, that he was born on August 6, 1973, and that he has a social security number ending in -6652.

(Title 18, United States Code, Section 1542.)

COUNT THREE

The Grand Jury further charges:

3. On or about June 6, 2007, in the Southern District of New York and elsewhere, CARLOS NUNEZ SANCHEZ, a/k/a "Jose Ramon Caraballo," the defendant, unlawfully, willingly, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18,

United States Code, Section 1028A(c), to wit, SANCHEZ used the name and other personal identification information of another person to commit passport fraud as charged in Count Two of this Indictment.

(Title 18, United States Code, Section 1028A.)

*Douglas Colley*
FOREPERSON

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS NUNEZ SANCHEZ,
a/k/a "Jose Ramon Caraballo,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1542,
18 U.S.C. § 1028A)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.